## W. F. BANKER V. THE STATE.

### No. 1697. Decided February 28, 1912.

### Rehearing Denied March 27, 1912.

**Recognizance—Insufficient Description.**

Where the recognizance did not show that appellant had been convicted of any offense known to the law and did not state the punishment, if any, assessed against him, the appeal must be dismissed.

Appeal from the County Court of Fort Bend. Tried below before the Hon. G. C. Baker.

Appeal from a conviction of assault; penalty, a fine of $5.

Leaving out formal parts, the recognizance stated "That the said W. F. Banker who stands charged in this court with the offense of assault and battery," etc., giving no punishment or further description of the offense.

*W. L. Davidson,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—The Assistant Attorney-General has filed a motion to dismiss the appeal,. because the recognizance is insufficient to confer jurisdiction in this court, in that it does not show that appellant has been convicted of any offense known to the law, and does not state what punishment, if any, was assessed against him.

The motion is sustained, and the appeal dismissed for the reasons stated in the motion.

*Dismissed.*

[Rehearing denied March 27, 1912.—Reporter.]